# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD REINHARDT, and JON ARMSTRONG,<br><br>              Plaintiffs,<br>    v.<br><br>GEMINI MOTOR TRANSPORT, an Oklahoma limited liability partnership, and DOES 1-10, inclusive,<br><br>              Defendants. | 1:11-CV-1944  AWI SMS<br><br>ORDER VACATING MARCH 5, 2012 HEARING AND TAKING MATTER UNDER SUBMISSION |

    Defendant has noticed for hearing and decision a combined motion to dismiss and motion to strike under Federal Rules of Civil Procedure 12(b)(6) and 12(f).  The matter is scheduled for a hearing to be held on March 5, 2012.  Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument.

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 5, 2012, is VACATED, and the parties shall not appear at that time.  As of March 5, 2012, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:  February 28, 2012

                                                  CHIEF UNITED STATES DISTRICT JUDGE