# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD REINHARDT, and JON ARMSTRONG,<br><br>Plaintiffs,<br>v.<br><br>GEMINI MOTOR TRANSPORT, an Oklahoma limited liability partnership, and DOES 1-10, inclusive,<br><br>Defendants. | 1:11-CV-1944 AWI SMS<br><br>ORDER VACATING JULY 16, 2012 HEARING AND TAKING MATTER UNDER SUBMISSION |

Defendant has noticed for hearing and decision a combined motion to dismiss and motion to strike under Federal Rules of Civil Procedure 12(b)(6) and 12(f). The matter is scheduled for a hearing to be held on July 16, 2012. Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 16, 2012, is VACATED, and the parties shall not appear at that time. As of July 16, 2012, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated: July 11, 2012

CHIEF UNITED STATES DISTRICT JUDGE