J. GREG COULTER, Calif. SBN. 174936
gcoulter@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:     602.474.3600
Facsimile:     602.957.1801

RYAN L. EDDINGS, Calif. SBN 256519
reddings@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue, Suite 302
Fresno, CA  93704-2225
Telephone:     559.244.7500
Facsimile:     559.244.7525

Attorneys for Defendant
GEMINI MOTOR TRANSPORT, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONALD REINHARDT and JON ARMSTRONG,<br><br>Plaintiffs,<br><br>v.<br><br>GEMINI MOTOR TRANSPORT, L.P., an Oklahoma Limited liability partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  1:11-CV-01944-AWI-SMS<br><br>**STIPULATION TO CONTINUE DATE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT; ORDER** |

WHEREAS, Plaintiff DONALD REINHARDT and JON ARMSTRONG (collectively "Plaintiffs") and Defendant GEMINI MOTOR TRANSPORT, L.P. ("Defendant," and together with Plaintiff, the "Parties") the Court denied Defendant's demurrer to Plaintiffs' First Amended Complaint on July 18, 2012, and ordered Defendant to file an Answer within 14 days;

WHEREAS, Defendant has diligently prepared an Answer and Affirmative Defendants to Plaintiffs' First Amended Complaint, but has been unable to fully and accurate

respond to all allegations of the First Amended Complaint due to the unavailability of some employees with knowledge of the allegations;

WHEREAS, there have been no prior extensions of time for Defendant to respond to Plaintiffs' First Amended Complaint;

WHEREAS, the Scheduling Conference in this matter is scheduled to be held on October 3, 2012 at 9:30 am;

IT IS HEREBY STIPULATED between Plaintiff and Defendant, by and through their respective counsel, that Defendant be given to and including August 15, 2012 within which to respond to Plaintiffs' First Amended Complaint;

Dated: August 1, 2012

/S/ Ryan L. Eddings
J. GREG COULTER
RYAN L. EDDINGS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
GEMINI MOTOR TRANSPORT, L.P.

Dated: August 1, 2012

/S/ David L. Himelson
DAVID L. HIMELSON
*THE HIMELSON LAW OFFICE*
Attorneys for Plaintiffs DONALD REINHARDT and JON ARMSTRONG

## ORDER

The Parties having so stipulated,

**IT IS HEREBY ORDERED** that Defendant Gemini Motor Transport, L.P. shall have to and including August 15, 2012 within which to respond to Plaintiffs' First Amended Complaint.

IT IS SO ORDERED.

Dated:  August 2, 2012

CHIEF UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

STIP. TO CONTINUE DATE FOR DEF.TO RESPOND TO PLIFFS' FIRST AMENDED COMPLAINT; ORDER

2

Case No.  1:11-CV-01944-AWI-SMS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

STIP. TO CONTINUE DATE FOR DEF.TO
RESPOND TO PLIFFS' FIRST AMENDED
COMPLAINT; ORDER

3

Case No.  1:11-CV-01944-AWI-SMS