1  J. GREG COULTER, Calif. SBN. 174936
   gcoulter@littler.com
2  LITTLER MENDELSON, P.C.
   Camelback Esplanade
3  2425 East Camelback Road, Suite 900
   Phoenix, AZ  85016
4  Telephone:    602.474.3600
   Facsimile:    602.957.1801
5
   RYAN L. EDDINGS, Calif. SBN 256519
6  reddings@littler.com
   LITTLER MENDELSON, P.C.
7  5200 North Palm Avenue, Suite 302
   Fresno, CA  93704-2225
8  Telephone:    559.244.7500
   Facsimile:    559.244.7525
9
   Attorneys for Defendant
10 GEMINI MOTOR TRANSPORT, L.P.

11                    UNITED STATES DISTRICT COURT

12                   EASTERN DISTRICT OF CALIFORNIA

13                          FRESNO DIVISION

14

15

16 DONALD REINHARDT and JON          Case No.  1:11-CV-01944-AWI-SMS
   ARMSTRONG,
17                                    **STIPULATION TO CONTINUE DATE**
              Plaintiffs,             **FOR DEFENDANT TO RESPOND TO**
18                                    **PLAINTIFFS' FIRST AMENDED**
   v.                                 **COMPLAINT; ORDER**
19
   GEMINI MOTOR TRANSPORT, L.P., an
20 Oklahoma Limited liability partnership;
   and DOES 1-10, inclusive,
21
              Defendants.
22

23        WHEREAS, Plaintiff DONALD REINHARDT and JON ARMSTRONG

24 (collectively "Plaintiffs") and Defendant GEMINI MOTOR TRANSPORT, L.P. ("Defendant," and

25 together with Plaintiff, the "Parties") the Court denied Defendant's demurrer to Plaintiffs' First

26 Amended Complaint on July 18, 2012, and ordered Defendant to file an Answer within 14 days;

27        WHEREAS, Defendant has diligently prepared an Answer and Affirmative

28 Defendants to Plaintiffs' First Amended Complaint, but has been unable to fully and accurate

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

STIP. TO CONTINUE DATE FOR DEF.TO RESPOND TO PLIFFS'
FIRST AMENDED COMPLAINT;  ORDER                          No. 1:11-CV-01944-AWI-SMS

1   respond to all allegations of the First Amended Complaint due to the unavailability of some

2   employees with knowledge of the allegations;

3           WHEREAS, there have been no prior extensions of time for Defendant to respond to

4   Plaintiffs' First Amended Complaint;

5           WHEREAS, the Scheduling Conference in this matter is scheduled to be held on

6   October 3, 2012 at 9:30 am;

7           IT IS HEREBY STIPULATED between Plaintiff and Defendant, by and through their

8   respective counsel, that Defendant be given to and including August 15, 2012 within which to

9   respond to Plaintiffs' First Amended Complaint;

10  Dated: August 1, 2012

11                                          */S/ Ryan L. Eddings*
                                            J. GREG COULTER
12                                          RYAN L. EDDINGS
                                            LITTLER MENDELSON, P.C.
13                                          Attorneys for Defendant
                                            GEMINI MOTOR TRANSPORT, L.P.
14

15

16  Dated: August 1, 2012

17                                          */S/ David L. Himelson*
                                            DAVID L. HIMELSON
18                                          *THE HIMELSON LAW OFFICE*
                                            Attorneys for Plaintiffs DONALD
19                                          REINHARDT and JON ARMSTRONG

20                              **ORDER**

21          The Parties having so stipulated,

22          **IT IS HEREBY ORDERED** that Defendant Gemini Motor Transport, L.P. shall have

23  to and including August 15, 2012 within which to respond to Plaintiffs' First Amended Complaint.

24

25

26  IT IS SO ORDERED.

27  Dated:   August 2, 2012          _____
                                     CHIEF UNITED STATES DISTRICT JUDGE
28

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

STIP. TO CONTINUE DATE FOR DEF.TO
RESPOND TO PLIFFS' FIRST AMENDED        2           Case No.  1:11-CV-01944-AWI-SMS
COMPLAINT; ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

STIP. TO CONTINUE DATE FOR DEF.TO
RESPOND TO PLIFFS' FIRST AMENDED
COMPLAINT; ORDER

3

Case No.  1:11-CV-01944-AWI-SMS