J. GREG COULTER, Calif. SBN. 174936
gcoulter@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:  602.474.3600
Facsimile:   602.957.1801

RYAN L. EDDINGS, Calif. SBN 256519
reddings@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue, Suite 302
Fresno, CA  93704-2225
Telephone:  559.244.7500
Facsimile:   559.244.7525

Attorneys for Defendant
GEMINI MOTOR TRANSPORT, L.P.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD REINHARDT and JON ARMSTRONG,<br><br>          Plaintiffs,<br><br>v.<br><br>GEMINI MOTOR TRANSPORT, L.P., an Oklahoma Limited liability partnership; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.  1:11-CV-01944-SMS<br><br>**SECOND AMENDED STIPULATION TO CONTINUE TRIAL AND ALL RELATED DATES; ORDER THEREON**<br><br><br>Magistrate Judge:  Hon. Sandra M. Snyder<br><br>Complaint Filed: November 21, 2011 |

Despite the best efforts of Plaintiffs DONALD REINHARDT and JON ARMSTRONG (collectively referred to herein as "Plaintiffs") and Defendant GEMINI MOTOR TRANSPORT, L.P. ("Defendant"), the Parties have been unable to complete written discovery and take the necessary depositions of the parties. The Parties therefore request a short continuance of the trial date and all related dates to

Amended Stipulation to Continue Trial and All Related Dates; Proposed Order

No. 1:11-CV-01944-SMS

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

permit the parties to fully prepare for trial as well as to explore the possibility of settlement.

THEREFORE, IT IS HEREBY STIPULATED by and between, and through their respective Counsel as follows:

1. The trial currently scheduled for December 10, 2013, in Department 1 of the above-referenced Court, shall be continued to April 8, 2014, at 9:00 a.m. before Magistrate Judge Sandra M. Snyder.

2. The pre-trial conference currently scheduled for November 6, 2013, in Department 1 of the above-referenced Court, shall be continued to March 5, 2014, at 11:00 a.m. before Magistrate Judge Sandra M. Snyder.

3. The deadline for filing dispositive and non-dispositive motions shall be January 17, 2014.

4. The non-expert discovery cut-off deadline shall be January 15, 2014.

5. The expert discovery cut-off deadline shall be January 24, 2014.

6. The Settlement Conference currently scheduled for October 24, 2013, before Magistrate Judge Barbara A. McAuliffe shall be continued to February 26, 2014, at 9:30 a.m.

Dated: October 1, 2013

*/S/ David I. Himelson*
DAVID I. HIMELSON
THE HIMELSON LAW FIRM
Attorneys for Plaintiffs
DONALD REINHARDT and JON ARMSTRONG

Dated: October 1, 2013

*/S/ Ryan L. Eddings*
RYAN L. EDDINGS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
GEMINI MOTOR TRANSPORT, L.P.

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

Amended Stipulation to Continue Trial and All Related Dates; Proposed Order

2

Case No. 1:11-CV-0194-SMS

# ORDER

For good cause appearing, the Court hereby orders that:

1. The trial currently scheduled for December 10, 2013, in Department 1 of the above-referenced Court, shall be continued to April 8, 2014, at 9:00 a.m. before Magistrate Judge Sandra M. Snyder.

2. The pre-trial conference currently scheduled for November 6, 2013, in Department 1 of the above-referenced Court, shall be continued to March 5, 2014, at 11:00 a.m. before Magistrate Judge Sandra M. Snyder.

3. The deadline for filing dispositive and non-dispositive motions shall be January 17, 2014.

4. The non-expert discovery cut-off deadline shall be January 15, 2014.

5. The expert discovery cut-off deadline shall be January 24, 2014.

6. The Settlement Conference currently scheduled for October 24, 2013, before Magistrate Judge Barbara A. McAuliffe shall be continued to February 26, 2014, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 1, 2013**                     /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE

Amended Stipulation to Continue Trial and All Related Dates; Proposed Order     3     Case No. 1:11-CV-0194-SMS