J. GREG COULTER, Calif. SBN. 174936
gcoulter@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:  602.474.3600
Facsimile:   602.957.1801

RYAN L. EDDINGS, Calif. SBN 256519
reddings@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue, Suite 302
Fresno, CA  93704-2225
Telephone:  559.244.7500
Facsimile:   559.244.7525

Attorneys for Defendant
GEMINI MOTOR TRANSPORT, L.P.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD REINHARDT and JON ARMSTRONG,<br><br>             Plaintiffs,<br><br>v.<br><br>GEMINI MOTOR TRANSPORT, L.P., an Oklahoma Limited liability partnership; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.  1:11-CV-01944-SMS<br><br>**AMENDED STIPULATION TO SET TRIAL AND ALL RELATED DATES; ORDER THEREON**<br><br>Magistrate Judge:  Hon. Sandra M. Snyder<br><br>Complaint Filed: November 21, 2011 |

Pursuant to the Court's June 27, 2014 Minute Order, Plaintiff JON ARMSTRONG ("Plaintiff") and Defendant GEMINI MOTOR TRANSPORT, L.P. ("Defendant") hereby submit the following Stipulation to Set Trial and All Related Dates.

/ / /

/ / /

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

Amended Stipulation to Set Trial Date and All Related Dates; Proposed Order     No. 1:11-CV-01944-SMS

THEREFORE, IT IS HEREBY STIPULATED by and between, and through their respective Counsel as follows:

1. The non-expert discovery cut-off deadline shall be September 5, 2014.

2. The deadline for disclosures of Expert Witnesses shall be September 12, 2014.

3. The deadline for disclosures of any Supplemental Expert Witnesses shall be September 19, 2014.

4. The expert discovery cut-off deadline shall be October 3, 2014.

5. The deadline for filing dispositive and non-dispositive motions shall be October 10, 2014.

6. The pre-trial conference is set for November 12, 2014 in Courtroom #1, at 1:30 p.m. of the above-referenced Court, before Magistrate Judge Sandra M. Snyder.

7. The trial shall be set for December 8, 2014 at 9:00 a.m., in Courtroom #1 of the above-referenced Court, before Magistrate Judge Sandra M. Snyder.

Dated: July 11, 2014

/s/
DAVID I. HIMELSON
THE HIMELSON LAW FIRM
Attorneys for Plaintiffs
DONALD REINHARDT and JON ARMSTRONG

Dated: July 11, 2014

/s/
RYAN L. EDDINGS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
GEMINI MOTOR TRANSPORT, L.P.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

Amended Stipulation to Set Trial Date and All Related Dates; Proposed Order

2

Case No. 1:11-CV-0194-SMS

# ORDER

For good cause appearing, the Court hereby orders that:

1. The non-expert discovery cut-off deadline shall be September 5, 2014.

2. The deadline for disclosures of Expert Witnesses shall be September 12, 2014.

3. The deadline for disclosures of any Supplemental Expert Witnesses shall be September 19, 2014.

4. The expert discovery cut-off deadline shall be October 3, 2014.

5. The deadline for filing dispositive and non-dispositive motions shall be October 10, 2014.

6. The pre-trial conference is set for November 12, 2014 in Courtroom #1, at 1:30 p.m. of the above-referenced Court, before Magistrate Judge Sandra M. Snyder.

7. The trial shall be set for December 8, 2014 at 9:00 a.m., in Courtroom #1 of the above-referenced Court, before Magistrate Judge Sandra M. Snyder.

Dated: 7/23/2014         /s/ SANDRA M. SNYDER
                         HONORABLE SANDRA M. SNYDER
                         UNITED STATES MAGISTRATE JUDGE

Firmwide:127899464.1 060729.1002

Amended Stipulation to Set Trial Date and All Related Dates; Proposed Order    3    Case No. 1:11-CV-0194-SMS

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600