# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD REINHARDT and JON ARMSTRONG,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GEMINI MOTOR TRANSPORT, L.P., an Oklahoma limited liability partnership; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 1:11-cv-01944-SMS<br><br>ORDER AFTER SETTLEMENT<br><br><br><br>(Doc. 77) |

Because Plaintiff Jon Armstrong and Defendant Gemini Motor Transport, LLP, have settled all claims in the above-captioned matter, they have stipulated to its dismissal with prejudice. Accordingly, the Clerk of Court is hereby directed to CLOSE the case.

IT IS SO ORDERED.

Dated: **February 10, 2015**　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1